IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRYAN FISHBECK,                         Court File No. 2:25-cv-01944

        Plaintiff,

v.

INTACT INSURANCE GROUP USA LLC and
ATLANTIC SPECIALTY INSURANCE COMPANY,

        Defendants.

## NOTICE OF REMOVAL

Defendants Intact Insurance Group USA LLC ("Intact") and Atlantic Specialty Insurance Company ("ASIC"), by its attorney, Nicholas J. O'Connell of Intact Insurance Specialty Solutions – Intact U.S. Coverage Team, hereby removes Walworth County Circuit Court Case No. 2025CV000887, *Bryan Fisbbeck v. Intact Insurance Group USA LLC and Atlantic Specialty Insurance Company*, to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1441 and 1446. Subject matter jurisdiction is present under 28 U.S.C. § 1332. In support of the Notice of Removal, Defendants state as follows:

      1.     On November 10, 2025, Plaintiff Bryan Fishbeck commenced this action against Intact and ASIC by filing a Summons and Company in the State of Wisconsin, Circuit Court for Walworth County, Court Case No. 2025CV000887. The Complaint alleges breach of contract and bad faith relating to an insurance policy issued by ASIC. A copy of the Complaint is attached as Exhibit A.

2. ASIC is an insurance company incorporated in the State of New York with its principal place of business located at 605 Highway 169 North, Suite 800, Plymouth, Minnesota 55441. ASIC is a citizen of New York and Minnesota for purposes of federal court jurisdiction under 28 U.S.C. § 1332.

3. Intact Insurance Group USA LLC is a Delaware limited liability company. It is a holding company that does not underwrite or issue any insurance policies, and it does not have any employees. It is not a proper party to this lawsuit. To the extent Intact Insurance Group USA LLC is deemed to have a principal place of business, it would be located at 605 Highway 169 North, Suite 800, Plymouth, Minnesota 55441.

4. The State Court Complaint alleges Plaintiff is an adult resident of the State of Wisconsin and currently resides in Lake Geneva, Wisconsin.

5. The amount in controversy exceeds $75,000.00, as evidenced by Plaintiff's Complaint alleging that plaintiff suffered significant permanent impairment and work restrictions (see Exh. A, ¶7); consequential damages (see Exh. A, ¶17); and defendants are in possession of Plaintiff's disability notes from May 4, 2023 through January 4, 2024. Plaintiff also alleges several other categories of damages, including bad faith, extra-contractual, and attorneys' fees (See Exh. A, ¶ 22, 24).

6. Intact and ASIC's first notice of this lawsuit occurred when the Summons and Complaint were served upon Intact and ASIC on November 12, 2025, and therefore this notice of removal is timely.

7. The United States District Court for the Eastern District of Wisconsin has original jurisdiction over this case pursuant to 28 U.S.C. § 1441, because this is a civil action between citizens of different states in which the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

8. Written notice and a copy of this Notice of Removal will be filed with the Clerk of Court for the Circuit Court for Walworth County, Wisconsin, and served on Plaintiff's Counsel as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to be filed in the State Court Action is attached as Exhibit B.

WHEREFORE, Defendants Intact and ASIC request that this action be removed to this Court for all further proceedings.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY.**

Dated: December 10, 2025     */s/ Nicholas J. O'Connell*
Nicholas J. O'Connell
State Bar No. 1054977
*Attorney for Defendants*
*Intact Insurance Group USA LLC and*
*Atlantic Specialty Insurance Company*
INTACT INSURANCE SPECIALTY SOLUTIONS
INTACT U.S. COVERAGE TEAM
605 Highway 169 North, Suite 800
Plymouth, MN 55441
Telephone: (952) 852-0481
Facsimile: (877) 654-1527
njoconnell@intactinsurance.com